**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARTIS SPECIALTY INSURANCE
COMPANY f/k/a AMERICAN
INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
an Illinois corporation, and LEXINGTON
INSURANCE COMPANY, a Delaware          CASE NO.: 8:10-cv-1465-T-23-EAJ
corporation,

        Plaintiffs,

v.

ROBERT C. PATE, in his capacity as
Trustee for the Chinese Drywall Trust,
WCI COMMUNITIES, INC., a
Delaware corporation, and WCI
COMMUNITIES, L.L.C., a Delaware
limited liability company,

        Defendants.
_____/

**AGREED MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT FOR DECLARATORY JUDGMENT**

Defendants, Robert C. Pate, WCI Communities, Inc. and WCI Communities, L.L.C. (the "Defendants"), move to extend the time period for responding to the Complaint for Declaratory Judgment (the "Complaint") as follows:

1. Plaintiffs served Robert C. Pate, WCI Communities, Inc. and WCI Communities, L.L.C. with the Complaint on July 9, 2010.

2. The Complaint includes multiple voluminous exhibits and the Defendants seek an additional 14 days to analyze and respond to the Complaint.

3. Accordingly, the Defendants request an extension to and including August 13, 2010 to respond to the Complaint.

4. The Plaintiffs agree to the relief requested herein.

**WHEREFORE**, the Defendants request that this Court extend their time to and including August 13, 2010 to respond to the Complaint.

    s/ Jonathan Prockop
Robert L. Rocke, Esq., FBN 710342
Jonathan Prockop, Esq., FBN 136662
ROCKE, McLEAN & SBAR, P.A.
2309 S. MacDill Avenue
Tampa, FL  33629
Phone:  813-769-5600
Fax:     813-769-5601
E-mail:  rrocke@rmslegal.com
E-mail:  jprockop@rmslegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the CM/ECF filing system, on the 2nd day of August, 2010, to the following:

| | |
|---|---|
| Cindy L. Ebenfeld, Esq.<br>Ellen Novoseletsky, Esq.<br>HICKS, PORTER, EBENFELD & STEIN, P.A.<br>11011 Sheridan Street, Suite 104<br>Cooper City, FL  33026<br>Phone:  954-624-8700<br>Fax:     954-624-8064<br>E-mail:  cebenfeld@mhickslaw.com<br>E-mail:  enovoseletsky@mhickslaw.com<br>Attorneys for Plaintiff | Warren Lutz, Esq.<br>Paul D. Smolinsky, Esq.<br>JACKSON & CAMPBELL, P.C.<br>1120 Twentieth Street, N.W., Suite 300<br>Washington, DC  20036<br>Phone:  202-457-1600<br>Fax:     202-457-1678<br>E-mail:  wlutz@jackscamp.com<br>E-mail:  psmolinsky@jackscamp.com<br>Attorneys for Plaintiff |

    s/Jonathan Prockop
Attorney