IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

**CHARTIS SPECIALTY INSURANCE COMPANY f/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, an Illinois Corporation, and LEXINGTON INSURANCE COMPANY, a Delaware corporation,**

      Plaintiffs,                    No. 8:10-cv-1465-T-23-EAJ

v.

**ROBERT C. PATE, in his capacity as Trustee for the Chinese Drywall Trust, WCI COMMUNITIES, INC., a Delaware corporation, and WCI COMMUNITIES, L.L.C., a Delaware limited liability company,**

      Defendants.

**AGREED MOTION FOR EXTENSION OF
TIME TO RESPOND TO MOTIONS TO DISMISS**

Plaintiffs Chartis Specialty Insurance Company (Chartis) f/k/a American International Specialty Lines Insurance Company and Lexington Insurance Company (Lexington) move to extend the time period for responding to Defendants' Joint Motion to Dismiss for Failure of Subject Matter Jurisdiction and Supporting Memorandum of Law (D.E. 11) and Defendants' Joint Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue to the United States District Court for the Eastern District of Louisiana and Supporting Memorandum of Law (D.E. 12) for the following reasons.

    1.    Plaintiffs served Robert C. Pate, in his capacity as the Trustee for the Chinese Drywall Trust, WCI Communities, Inc., WCI Communities, L.L.C. with the Complaint for Declaratory Relief on July 9, 2010.

2. Defendants filed their motions on August 12, 2010, after the Court granted their motion for an extension of time in which to file a response to the Complaint (D.E. 10).

3. The defendants' motions raise complex issues regarding whether this Court has subject matter jurisdiction over this action and whether the Court should retain or transfer the case if it does. The complexity of the issues requires additional time to respond.

4. Accordingly, plaintiffs request an extension to and including Thursday, Septebmer 16, 2010, to respond to the motions.

5. The defendants agree to the extension. No party will be prejudiced by the extension and there is not yet a pre-trial schedule in this case.

**WHEREFORE**, plaintiffs request that this Court extend their time to and including September 16, 2010, to respond to defendants' motions to dismiss.

    Respectfully submitted,

    /s/Cindy L. Ebenfeld
    Cindy L. Ebenfeld, Esq.
    Florida Bar No.: 980579
    HICKS, PORTER, EBENFELD & STEIN, P.A.
    11011 Sheridan Street, Suite 104
    Cooper City, FL 33026
    Tel:   (954) 624-8700
    Fax:  (954) 624-8064
    cebenfeld@mhickslaw.com

    Ellen Novoseletsky
    Florida Bar No.: 147613
    HICKS, PORTER, EBENFELD & STEIN, P.A.
    799 Brickell Plaza, Suite 900
    Miami, FL 33131
    Tel:   305/374-8171
    Fax:  305/372-8038
    enovoseletsky@mhickslaw.com
    *Co-Counsel for Plaintiffs*
    and

    Warren Lutz, Esq.

        Paul D. Smolinsky, Esq.
        Jackson & Campbell, P.C.
        1120 Twentieth Street, N.W.
        Suite 300
        Washington, DC  20036
        Tel:     (202) 457-1600
        Fax:    (202) 457-1678
        wlutz@JacksCamp.com
        PSmolinsky@JacksCamp.com
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th day of August, 2010**, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

| | |
|---|---|
| *VIA CM/ECF* <br> Anna M. Piazza, Esq. <br> Anderson Kill & Olick, P.C. <br> 1251 Avenue of the Amercas <br> New York, NY  10020 <br> Tel:    212/278-1307 <br> e-mail: apiazza@andersonkill.com <br> *Pate's coverage counsel* <br> *VIA MAIL* <br> WCI Communities, L.L.C. <br> c/o Registered Agen <br> Vivien Hastings <br> 24301 Walden Center Drive <br> Bonita Springs, FL  34314 | *VIA MAIL* <br> WCI Communities, Inc. <br> c/o Registered Agent <br> Vivien Hastings <br> 24301 Walden Center Drive <br> Bonita Springs, FL  34314 |

                                            /s/ Cindy L. Ebenfeld

g:\chartis\wci\pldg\m-ext resp. (mots to dismiss).doc