**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**


 CHARTIS SPECIALTY INSURANCE
COMPANY f/k/a AMERICAN
INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
an Illinois corporation, and LEXINGTON
INSURANCE COMPANY, a Delaware                    CASE NO.: 8:10-cv-1465-T-23-EAJ
corporation,

          Plaintiffs,

v.

ROBERT C. PATE, in his capacity as
Trustee for the Chinese Drywall Trust,
WCI COMMUNITIES, INC., a
Delaware corporation, and WCI
COMMUNITIES, L.L.C., a Delaware
limited liability company,

          Defendants.
_____/

**ORDER**

      This cause comes on for consideration of the following motion:

Motion: Defendant's **Motion to Proceed Pro Hac Vice** (Dkt. 15).

Filing Date: August 25, 2010.

Disposition: **DENIED WITHOUT PREJUDICE**.  Defendant's motion fails to comply with

Local Rule 2.02(a), M.D. Fla., which provides:

> Any attorney who is not a resident of Florida but who is a member in good standing
> of the bar of any District Court of the United States; outside Florida; may appear
> specially as counsel of record . . . .

Local Rule 2.02(a), M.D. Fla.

      Defendant's motion does not specify whether Robert M. Horkovich or Anna M. Piazza,

who seek pro hac vice admission, are members in good standing of a bar of a District Court of

the United States.  Defendant's motion only states that Mr. Horkovich and Ms. Piazza are

members of the state bar of New York and "to the Courts set forth in their Appearances of

Non-Resident Attorney and Designation of Local Counsel being contemporaneously sent to the

Clerk."  The motion must specially aver that Mr. Horkovich and Ms. Piazza are members of a

bar of a District Court of the United States and identify which court.

     **DONE** and **ORDERED** in Tampa, Florida on this 31st day of August, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge