**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CHARTIS SPECIALTY INSURANCE
COMPANY f/k/a AMERICAN
INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
an Illinois corporation, and LEXINGTON
INSURANCE COMPANY, a Delaware     CASE NO.: 8:10-cv-1465-T-23-EAJ
corporation,

        Plaintiffs,

v.

ROBERT C. PATE, in his capacity as
Trustee for the Chinese Drywall Trust,
WCI COMMUNITIES, INC., a
Delaware corporation, and WCI
COMMUNITIES, L.L.C., a Delaware
limited liability company,

        Defendants.
_____/

## AMENDED MOTION TO PROCEED PRO HAC VICE

Defendant, Robert C. Pate, ("Pate"), by and through its undersigned counsel and pursuant to Local Rule 2.02, hereby files this Amended Motion to Proceed Pro Hac Vice and states as follows:

1.    This Amended Motion to Proceed Pro Hac Vice is filed on behalf of Robert M. Horkovich and Anna M. Piazza for permission to appear on behalf of Defendant, Robert C. Pate, as Trustee for the Chinese Drywall Trust.

2.    Robert M. Horkovich and Anna M. Piazza are attorneys with the law firm of Anderson, Kill & Olick, P.C., 1251 Avenue of the Americas, New York New York 10020, telephone number 212-278-1000 and facsimile number is 212-278-1733.

3.    Robert M. Horkovich and Anna M. Piazza are admitted in good standing in the Bar of the State of New York and to the Courts set forth in their Appearances of Non-Resident Attorney and Designation of Local Counsel being contemporaneously sent to the Clerk.

4. Robert M. Horkovich is admitted in good standing in the United States District Court for the Southern and Eastern Districts of New York and the United States District Court for the District of Maryland.

5. Anna M. Piazza is admitted in good standing in the United States District Court for the District of Rhode Island and the United States District Court for the District of Massachusetts.

6. Robert M. Horkovich and Anna M. Piazza are not residents of Florida, nor do they maintain a regular practice of law within the State.

7. As set forth in their Special Admission Attorney Certification, Robert M. Horkovich and Anna M. Piazza have read and are familiar with the most recent version of the Local Rules of this Court. They are also familiar and understand that they will be bound by the Local Rules of this Court, including in particular, Fla. Local Rule 2.04, as well as by the Code of Professional Responsibility and other professional and ethical limitations as set forth by The Florida Bar.

8. Robert M. Horkovich and Anna M. Piazza's Special Admission Attorneys Certifications, along with the $20 fee payable to Clerk, U.S. District Court, are being contemporaneously sent to the Clerk.

9. Robert M. Horkovich and Anna M. Piazza will complete the ECF Attorney Registration Form online on the Court's website promptly upon entry of an order granting this Motion.

10. Pursuant to Local Rule 2.02(a), this Motion to Proceed Pro Hac Vice shall also serve as written designation and consent-to-act for local counsel admitted to this Court and resident in Florida, as designated hereafter: Robert L. Rocke, Rocke McLean Sbar, P.A., 2309 S MacDill Ave., Tampa Florida 33629, telephone 813-769-5600 and facsimile 813-769-5601.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to M.D. Fla. Loc. R. 3.01(g), the undersigned certifies that he has consulted with counsel for Plaintiffs and has been informed that Plaintiffs' counsel has no objection to this Motion.

WHEREFORE, Defendant, Robert C. Pate, respectfully requests that Robert M. Horkovich and Anna M. Piazza be admitted to practice in the above-named Court for this cause only.

>Respectfully submitted,
>
>s/Robert L. Rocke
>Robert L. Rocke, Esq.,  FL Bar No. 710342
>ROCKE, McLEAN & SBAR, P.A.
>2309 S. MacDill Avenue
>Tampa, FL  33629
>Phone:  813-769-5600
>Fax:      813-769-5601
>Email:  rrocke@rmslegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by the CM/ECF filing system, on the 3rd day of September, 2010, to the following:

| | |
|---|---|
| Cindy L. Ebenfeld, Esq.<br>Ellen Novoseletsky, Esq.<br>HICKS, PORTER, EBENFELD & STEIN, P.A.<br>11011 Sheridan Street, Suite 104<br>Cooper City, FL  33026<br>Phone:  954-624-8700<br>Fax:      954-624-8064<br>E-mail:  cebenfeld@mhickslaw.com<br>E-mail:  enovoseletsky@mhickslaw.com<br>Attorneys for Plaintiff | Warren Lutz, Esq.<br>Paul D. Smolinsky, Esq.<br>JACKSON & CAMPBELL, P.C.<br>1120 Twentieth Street, N.W., Suite 300<br>Washington, DC  20036<br>Phone:  202-457-1600<br>Fax:      202-457-1678<br>E-mail:  wlutz@jackscamp.com<br>E-mail:  psmolinsky@jackscamp.com<br>Attorneys for Plaintiff |

>s/Robert L. Rocke