**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHARTIS SPECIALTY INSURANCE
COMPANY f/k/a AMERICAN
INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,
an Illinois corporation, and LEXINGTON
INSURANCE COMPANY, a Delaware                 CASE NO.: 8:10-CV-1465-T-23-EAJ
corporation,

        Plaintiffs,

v.

ROBERT C. PATE, in his capacity as
Trustee for the Chinese Drywall Trust,
WCI COMMUNITIES, INC., a
Delaware corporation, and WCI
COMMUNITIES, L.L.C., a Delaware
limited liability company,

        Defendants.
_____/

**<u>ORDER</u>**

    Before the court is Defendant's **Amended Motion to Proceed <u>Pro</u> <u>Hac</u> <u>Vice</u>** (Dkt. 19).

Defendant, Robert C. Pate, requests that this court permit Robert M. Horkovich and Anna M.

Piazza.of the law firm Anderson, Kill & Olick, P.C. to appear <u>pro hac vice</u>, with Robert L.

Rocke, Esq. of the law firm Rocke McLean Sbar, P.A. designated as local counsel pursuant to

Local Rule 2.02(a), M.D. Fla.  Defendant asserts that Mr. Horkovich and Ms. Piazza are

members in good standing of the bar of the State of New York.  Defendant also asserts that Mr.

Horkovich is a member in good standing of the bars of the United States District Court for the

Southern and Eastern District of New York, and Ms. Piazza is a member in good standing of the

bars of the United States District Court for the District of Rhode Island and the District of

Massachusetts.

Upon consideration, Defendant's motion to appear <u>pro</u> <u>hac</u> <u>vice</u> (Dkt. 19) is **GRANTED**, subject to the requirement that Mr. Horkovich and Ms. Piazza shall comply with the fee and email registration requirements of Local Rule 2.01(d), M.D. Fla., within ten (10) days of the date of this order.[1]

**DONE** and **ORDERED** in Tampa, Florida on this 7th day of September, 2010.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[1] Pursuant to the Local Rules for the Middle District of Florida, counsel is directed to participate in electronic filing, and as such, must register for CM/ECF and obtain a password within ten (10) days of the date of this order. Counsel may obtain a password from the court by accessing the court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. After registering for CM/ECF, counsel must also register an email address.