**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

**CHARTIS SPECIALTY INSURANCE**
**COMPANY f/k/a AMERICAN**
**INTERNATIONAL SPECIALTY**
**LINES INSURANCE COMPANY, an Illinois**
**Corporation, and LEXINGTON**
**INSURANCE COMPANY, a Delaware**
**corporation,**

        **Plaintiffs,**                    **No. 8:10-cv-1465-T-23-EAJ**

**v.**

**ROBERT C. PATE, in his capacity as**
**Trustee for the Chinese Drywall Trust,**
**WCI COMMUNITIES, INC., a**
**Delaware corporation, and WCI**
**COMMUNITIES, L.L.C., a**
**Delaware limited liability company,**

        **Defendants.**

**ASSENTED TO MOTION TO CONTINUE TIME**
**FOR CASE MANAGEMENT MEETING AND REPORT**

Plaintiffs Chartis Specialty Insurance Company (Chartis) f/k/a American International Specialty Lines Insurance Company and Lexington Insurance Company (Lexington), through counsel, move for the following reasons to continue the time for the parties to meet for the purpose of preparing and filing a Case Management Report until such time as this Court rules on Defendants' Joint Motion to Dismiss for Failure of Subject Matter Jurisdiction and Supporting Memorandum of Law (D.E. 11) and Defendants' Joint Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue to the United States District Court for the Eastern District of Louisiana and Supporting Memorandum of Law (D.E. 12).

    1.     Plaintiffs filed their Complaint for Declaratory Judgment with this Court on June 29, 2010  (D.E. 1).  The defendants were served with the Complaint on July 7, 2010  (D.E. 8).

Defendants filed their Joint Motion to Dismiss for Failure of Subject Matter Jurisdiction and Supporting Memorandum of Law (D.E. 11) and Joint Motion to Dismiss or, in the Alternative, to Stay the Action or Transfer Venue to the United States District Court for the Eastern District of Louisiana and Supporting Memorandum of Law (D.E. 12) on August 12, 2010, after the Court granted their motion for an extension of time in which to file a response to the Complaint (D.E. 10).

2.      The defendants' motions raise complex issues regarding whether this Court has subject matter jurisdiction over this action and whether the Court should retain or transfer the case if it does.

3.      It is the best use of this Court and the parties' resources to continue the case management meeting and submission of a Case Management Report until such time as this Court rules on defendants' motions to dismiss.  The parties will have to spend time and resources meeting and drafting a discovery plan that may not be needed if the Court grants either motion to dismiss.  If the Court only grants defendants' motion to dismiss for lack of subject matter jurisdiction with leave to amend, it is possible that one or more parties may be dropped from the suit and will no longer have an interest in the process of developing a case management plan.

4.      Accordingly, if the Court denies both motions, the parties would hold the case management meeting no later than two weeks after that date and submit a Case Management Report no later than two weeks after the meeting.

5.      In the alternative, if the Court denies the motion under the "first-filed" rule and grants the motion for lack of subject matter jurisdiction with leave to amend, the parties would hold the case management meeting no later than two weeks after the date plaintiffs file an

6.     The defendants assent to the request to continue the time for holding the case management meeting and submitting a report.  No party will be prejudiced by the continuance and it will not disturb any trial date.

**WHEREFORE**, plaintiffs request that this Court continue the time to hold the case management meeting and submit the Case Management Report as described above.

Respectfully submitted,

/s/ Cindy L. Ebenfeld
Cindy L. Ebenfeld, Esq.
Ellen Novoseletsky, Esq.
Hicks, Porter, Ebenfeld & Stein, P.A.
11011 Sheridan Street, Suite 104
Cooper City, FL  33026
Tel:  (954) 624-8700
Fax:  (954) 624-8064

*Co-Counsel*

Warren Lutz, Esq.
Paul D. Smolinsky, Esq.
Jackson & Campbell, P.C.
1120 Twentieth Street, N.W.
Suite 300
Washington, DC 20036
Tel:     (202) 457-1600
Fax:     (202) 457-1678

Counsel for Chartis Specialty Insurance Company
and Lexington Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __20th__ day of **September, 2010**, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system.  I further certify that the foregoing document is being served this day on all counsel of record or pro se parties identified in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

VIA CM/ECF
Robert M. Horkovich, Esq.
Anna M. Piazza, Esq.
Anderson Kill & Olick, P.C.
1251 Avenue of the Amercas
New York, NY  10020
Tel:    212-278-1307
Fax:    212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com
*Attorneys for Defendant Pate*

VIA CM/ECF
Jonathan Prockop, Esq.
Robert L. Rocke, Esq.
Rocke, McLean & Sbar, P.A.
2309 S. MacDill Avenue
Tampa, FL 33629
Tel:    813-769-5600
Fax:    813-769-5601
rrocke@rmslegal.com
jprockop@rmslegal.com
*Attorneys for Defendants WCI*

_____ /s/ Cindy L. Ebenfeld`_____